FILED
CLERK, U.S. DISTRICT COURT

MAR 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JASON AVLON HEMMINGS, ) <br> ) <br> Defendant. ) | Case No.: CR 01-00570-R <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (√) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (√)  information in the Pretrial Services Report and Recommendation

    (√)  information in the violation petition and report(s)

    (√)  the defendant's nonobjection to detention at this time

    (√)  other: _____

1         and/ or

2 B. (√)   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the safety
4         of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c). This finding is based on the following:
6         (√)   information in the Pretrial Services Report and Recommendation
7         (√)   information in the violation petition and report(s)
8         (√)   the defendant's nonobjection to detention at this time
9         ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated:   March 9, 2015

                                          KENLY KIYA KATO
                                          United States Magistrate Judge